■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK MELENDEZ, Appellant. [822 NYS2d 461]—Appeal by the defendant from an order of the Supreme Court, Kings County, dated February 28, 2005 (Marrero, J.), which, after a hearing pursuant to Correction Law article 6-C, designated him a level three sex offender.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the Supreme Court's determination designating him a level three sex offender was supported by clear and convincing evidence (*see* Correction Law § 168-n [3]; *People v O'Neal*, 26 AD3d 365 [2006]; *People v Glenn*, 24 AD3d 427 [2005]; *People v Johnson*, 23 AD3d 635 [2005]; *People v Gambetta*, 19 AD3d 571 [2005]).

The defendant failed to present clear and convincing evidence of the existence of special circumstances to warrant a downward departure from his presumptive risk level as determined by the risk assessment instrument (*see People v Davis*, 26 AD3d 364 [2006]; *People v Masters*, 19 AD3d 387 [2005]; *People v Williams*, 19 AD3d 388 [2005]). Miller, J.P., Goldstein, Mastro and Dillon, JJ., concur.